IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Johnson, Yvonne | Case Number:  05 B 47259 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/03/09 | Filed:  10/11/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  January 9, 2009
Confirmed:  November 29, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 14,256.00 | |
| Secured: | | 10,150.85 |
| Unsecured: | | 778.53 |
| Priority: | | 0.00 |
| Administrative: | | 2,394.00 |
| Trustee Fee: | | 781.90 |
| Other Funds: | | 150.72 |
| Totals: | 14,256.00 | 14,256.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,394.00 | 2,394.00 |
| 2. | Nuvell Credit Company LLC | Secured | 10,150.85 | 10,150.85 |
| 3. | Capital One | Unsecured | 152.88 | 152.88 |
| 4. | Capital One | Unsecured | 93.62 | 93.62 |
| 5. | Capital One | Unsecured | 241.76 | 241.76 |
| 6. | Worldwide Asset Purchasing LLC | Unsecured | 22.65 | 22.65 |
| 7. | Great Seneca | Unsecured | 320.12 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 161.98 | 161.98 |
| 9. | Jefferson Capital | Unsecured | 49.70 | 49.70 |
| 10. | AmeriCash Loans, LLC | Unsecured | 55.94 | 55.94 |
| 11. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 12. | AFNI | Unsecured | | No Claim Filed |
| 13. | Fleet Credit Card Service | Unsecured | | No Claim Filed |
| 14. | BMG Music Service | Unsecured | | No Claim Filed |
| 15. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 16. | Crossing Pointe | Unsecured | | No Claim Filed |
| 17. | Protocol Receivables | Unsecured | | No Claim Filed |
| 18. | Fingerhut | Unsecured | | No Claim Filed |
| 19. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 20. | Northland Group Inc | Unsecured | | No Claim Filed |
| 21. | Northland Group Inc | Unsecured | | No Claim Filed |
| 22. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 23. | Enhanced Recovery | Unsecured | | No Claim Filed |
| 24. | University Of Chicago Medical Center | Unsecured | | No Claim Filed |
| | | | $ 13,643.50 | $ 13,323.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Yvonne

Printed: 02/03/09

Case Number: 05 B 47259
Judge: Goldgar, A. Benjamin
Filed: 10/11/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 154.87 |
| 5% | 61.60 |
| 4.8% | 109.83 |
| 5.4% | 247.12 |
| 6.5% | 148.72 |
| 6.6% | 59.76 |
|  | $ 781.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

